# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-12-00019-CR

### Ex parte Roxana Vanessa Rodriguez-Grimaldo

### FROM THE DISTRICT COURT OF BASTROP COUNTY, 21ST JUDICIAL DISTRICT
### NO. 12,761-A HONORABLE TERRY L. FLENNIKEN, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Relator Roxana Vanessa Rodriguez-Grimaldo's brief was due March 7, 2012.  The Court sent notice to relator's counsel that the brief was overdue and requested a response by June 11, 2012.  The brief has not been filed and relator's retained counsel, Pascual Madrigal, did not respond to this Court's notice that the brief is overdue.

The appeal is abated.  The trial court shall conduct a hearing to determine whether Rodriguez-Grimaldo desires to prosecute this appeal, whether she is indigent, and whether her retained counsel has abandoned this appeal.  *See* Tex. R. App. P. 38.8(b)(2).  The court shall make appropriate findings and recommendations.  *See id.*  A record from this hearing, including copies of all findings and orders and a transcription of the court reporter's notes, shall be forwarded to the clerk of this Court for filing as a supplemental record no later than October 3, 2012.  *See* Tex. R. App. P. 38.8(b)(3).

Before Chief Justice Jones, Justices Rose and Goodwin

Abated

Filed: August 29, 2012

Do Not Publish